

**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20220

OCT  6 2014

FOIA No. 2014-07-042
OASIS No. GN- 731616

Jason Leopold
1669 Benedict Canyon Drive
Beverly Hills, CA 90210

RE: License Applications

Dear Mr. Leopold:

This letter is to advise you of further action taken on your Freedom of Information Act (FOIA) request to the Department of the Treasury (Treasury), dated July 9, 2014. Treasury referred your request to its Office of Foreign Assets Control (OFAC) for processing on July 10, 2014. You also modified your request via telephone on July 10, 2014.

Please be advised that in order to process a timely response to your request, we are at this time only processing to you the first 25 pages of each license application submitted to OFAC, that have been licensed, since January 1, 2013 to do business with North Korea, Iran, Yemen, Somalia and Syria.

In processing the above referenced request, it was determined that records submitted by numerous companies contain information that OFAC has reason to believe may be protected from disclosure under FOIA Exemption (b)(4) as confidential business information.

Executive Order 12600 (June 23, 1987) and the Treasury FOIA regulations at 31 C.F.R., Subtitle A, Part 1, Subpart A § 1.6 require that Treasury provide pre-disclosure notification to the submitter of business information in certain situations involving a request under the FOIA for apparently confidential commercial information. The business submitter is afforded ten (10) business days within which to provide OFAC with a written statement of objection to disclosure. If a statement of objection is received and this office decides to disclose business information over the objection of the business submitter, we must notify the business submitter in writing of the specified disclosure date, which is ten (10) business days after the notice of the final decision to release the requested information to the submitter.

Due to the above requirements, you should anticipate some delay in OFAC providing a final response to your request. However, this should not be construed as a denial of access. Upon receipt of the above information, the documents will be processed in accordance with the FOIA and a response will mailed to you upon completion.

Exhibit 2

Mr. Leopold
Page 2

If you have any questions regarding this matter, you may send an email to our office at
OFACFOIAOffice@treasury.gov or call our FOIA Requester service Center at (202) 622-2500,
option 3.  Please reference FOIA No. 2014-07-005 in any future correspondence.

Sincerely,

Marshall H. Fields, Jr.
Assistant Director
Information Disclosure & Records
Office of Resource Management
Office of Foreign Assets Control

Exhibit 2