

**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20220



JUL 1 4 2014

FOIA No. 2014-07-042
OASIS No. GN-716624

Jason Leopold
1669 Benedict Canyon Drive
Beverly Hills, CA  90210

Dear Mr. Leopold:

This acknowledges receipt of your July 9, 2014 Freedom of Information Act (FOIA), 5 U.S.C. § 552, request to the Department of the Treasury, seeking the first 25 pages of license applications submitted to the Office of Foreign Assets Control (OFAC) to do business with 17 specified countries. Treasury referred this matter to OFAC for processing on July 10, 2014.

In a telephone conversation with OFAC on July 10, 2014, you agreed to modify your request to the following: "The first 25 pages of each license application submitted to OFAC since January 2013 to do business with North Korea, Iran, Yemen, Somalia and Syria."

You requested that the licenses be processed in the following order: North Korea, Iran, Yemen, Somalia, and Syria.

OFAC is experiencing a substantial backlog of FOIA requests that has adversely affected its response time; we may encounter some delay in processing your request. Per Section 1.5(j) of the Treasury FOIA regulations, 31 C.F.R., Subtitle A, Part 1, Subpart A, the Department processes FOIA requests according to their order of receipt. Although Treasury's goal is to respond within 20 business days of receipt of your request, the FOIA does permit a 10-day extension of this time period. Your request will require OFAC to search for, collect and appropriately examine a voluminous amount of separate and distinct records. Due to these unusual circumstances, Treasury will invoke a 10-day extension for your request, as allowed by Title 5 U.S.C. § 552(a)(6)(B). If you care to further narrow the scope of your request, please contact our office. We will make every effort to comply with your request in a timely manner; however, there are currently 70 open requests ahead of yours.

With regard to your request for a fee waiver, your request is denied. The request does not reasonably describe how disclosure of the information in question is likely to contribute significantly to public understanding of the operations or activities of the government. Neither does it indicate how disclosure would contribute to "public understanding" as opposed to your individual understanding or a narrow segment of interested persons. Therefore, it is our determination that you do not qualify for a fee waiver. We note, however, that your request for a fee waiver is virtually moot, since you have requested the processing of the records in electronic format.

Exhibit 4

Mr. Leopold
Page 2

For fee purposes, we have determined that, you are a "media" requestor. The FOIA, specifically 5 U.S.C. 552(a)(4)(A), and Treasury FOIA regulations at 31 C.F.R. § 1.7, allow us to recover part of the cost of addressing your requests. As a "media" requestor, you will be charged the cost of duplication only, excluding charges for the first 100 pages. Duplication will be assessed at 20-cents per page. In light of your request for electronic format, the cost is deminimus.

Your request has been assigned FOIA No. 2014-07-042. Please reference this number in any future correspondence. If you have any questions regarding this matter, you may email OFACFOIAOffice@treasury.gov or contact the FOIA Requester Service Center at (202) 622-2500, option 3.

Sincerely,

Elizabeth Moss, Ph.D., CIPP/G
Senior FOIA Reviewer
Information Disclosure and
Records Management
Office of Foreign Assets Control

Exhibit 4